United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALICIA ITZEL PALACIOS RAMIREZ, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00479 |
| | § | |
| MR. TODD M. LYONS, *et al.*, | § | |
| "Respondents." | § | |

## ORDER

Before the Court is the "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 11) ("R&R"). The R&R recommends that the Court: (1) deny Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), (2) deny Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 4) ("MSJ"), and (3) direct the Clerk of Court to close the case. Dkt. No. 11 at 1.

The R&R was published on June 23, 2026, and objections to the R&R were due on July 7, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 11) is **ADOPTED**. The Petition (Dkt. No. 1) and MSJ (Dkt. No. 4) are hereby **DENIED**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this July 17, 2026

_____
Rolando Olvera
United States District Judge

1 / 1